**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 11-cv-1304 |
|---|---|
| Shawn Gowder v. City of Chicago, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago
Defendant City of Chicago Department of Administrative Hearings

Defendant Scott Bruner
Defendant City of Chicago Department of Police
Defendant Jody P. Weis

| NAME (Type or print) |
|---|
| Rebecca Alfert Hirsch |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Rebecca Alfert Hirsch |

| FIRM |
|---|
| City of Chicago Department of Law |

| STREET ADDRESS 30 North LaSalle Suite 1230 |
|---|

| CITY/STATE/ZIP Chicago Illinois 60602 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279592 | (312) 742-0260 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐