**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHAWN GOWDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) No. 11-cv-1304 <br> CITY OF CHICAGO, a municipal corporation, ) <br> the CITY OF CHICAGO DEPARTMENT OF ) Judge Der-Yeghiayan <br> ADMINISTRATIVE HEARINGS, MUNICIPAL ) <br> HEARINGS DIVISION, SCOTT V. BRUNER, ) <br> Director of the City of Chicago Department of ) <br> Administrative Hearings, the CITY OF CHICAGO ) <br> DEPARTMENT OF POLICE, and JODY P. WEIS, ) <br> Superintendent of the City of Chicago Department ) <br> of Police, ) <br> ) <br> Defendants. ) | |

**LIST OF EXHIBITS TO COMPLAINT**

A. **Municipal Code of Chicago, Chapter 8-20**

B. **Plaintiff's Chicago Firearm Permit Application**

C. **November 10, 2010 Letter Denying Plaintiff's CFP Application**

D. **Plaintiff's Written Request for Administrative Hearing**

E. **Decision of Department of Administrative Hearings dated "November 9, 2010"**

F. **Correspondence between Counsel and Senior Administrative Law Judge, Michele McSwain, dated Dec. 17, 2010**

G. **Second Decision of Department of Administrative Hearings dated "12/8/10"**

H. **Envelope postmarked December 22, 2010**