IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTIRCT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN GOWDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-cv-1304 |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES

NOW COMES plaintiff, Shawn Gowder, by and through counsel, and moves the Court pursuant to 42 U.S.C. § 1988, Fed. R. Civ. P. 54, and Local Rule 54.3 to enter an order awarding plaintiff the sum of ONE HUNDRED TWENTY-FIVE THOUSAND DOLLARS ($125,000.00) as plaintiff's reasonable attorney's fees and costs incurred herein as the prevailing party.

Pursuant to LR 54.3 and this Court's prior order, the undersigned counsel for plaintiff has submitted to defendants' counsel the materials in support of plaintiff's claim for attorney fees required under LR 54.3(d). Counsel have met and conferred regarding this motion and the undersigned has been authorized to represent to the Court that defendants do not oppose this motion or the entry of the attorney's fees award requested herein.

WHEREFORE, plaintiff respectfully prays that the Court grant this motion and award plaintiff attorney's fees and costs as the prevailing party in the sum of ONE HUNDRED TWENTY-FIVE THOUSAND DOLLARS ($125,000.00).

    Respectfully submitted,

    s/ Stephen A. Kolodziej\_\_\_\_

    Stephen A. Kolodziej

Ford & Britton, P.C.
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
(312) 924-7508
Fax: (312) 924-7516
skolodziej@fordbritton.com

**Attorney for Plaintiff Shawn Gowder**

### CERTIFICATE OF SERVICE

I, Stephen A. Kolodziej, an attorney, under penalty of perjury, state that on September 21, 2012, service is being made in accordance with the General Order on Electronic Case Filing section XI to the following:

Rebecca Alfert Hirsch
Andrew W. Worseck
Assistant Corporation Counsel
City of Chicago Department of Law
30 N. LaSalle Street, Suite 1230
Chicago, IL 60602

s/ Stephen A. Kolodziej
Stephen A. Kolodziej
Ford & Britton, P.C.
33 N. Dearborn, Suite 300
Chicago, Illinois 60602
(312) 924-7508
Fax: (312) 924-7516
skolodziej@fordbritton.com