**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRIICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAWN GOWDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 11-cv-1304 |
| CITY OF CHICAGO, a municipal corporation, ) | |
| the CITY OF CHICAGO DEPARTMENT OF ) | Judge Der-Yeghiayan |
| ADMINISTRATIVE HEARINGS, MUNICIPAL ) | |
| HEARINGS DIVISION, SCOTT V. BRUNER, ) | |
| Director of the City of Chicago Department of ) | |
| Administrative Hearings, the CITY OF CHICAGO ) | |
| DEPARTMENT OF POLICE, and JODY P. WEIS, ) | |
| Superintendent of the City of Chicago Department ) | |
| of Police, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO: Rebecca Alfert Hirsch
Andrew W. Worseck
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1230
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Thursday, September 27, 2012 at 9:00 a.m.** or soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Samuel Der-Yeghiayan,** or any judge sitting in his stead, in **Room 1903** of the Dirksen Federal Courthouse, 210 S. Dearborn, Chicago, Illinois, and present **Plaintiff's Unopposed Motion for Attorney's Fees,** a copy of which is served upon you via electronic means herewith.

s/ Stephen A. Kolodziej
Stephen A. Kolodziej
Ford & Britton, P.C.
33 N. Dearborn, Suite 300
Chicago, Illinois 60602
(312) 924-7508
skolodziej@fordbritton.com

**CERTIFICATE OF SERVICE**

I, Stephen A. Kolodziej, an attorney, certify that on September 21, 2012, service is being made in accordance with the General Order on Electronic Case Filing section XI to the following:

>Rebecca Alfert Hirsch
>Andrew W. Worseck
>Assistant Corporation Counsel
>City of Chicago Department of Law
>30 N. LaSalle Street, Suite 1230
>Chicago, IL 60602

>s/ Stephen A. Kolodziej

>Stephen A. Kolodziej
>Ford & Britton, P.C.
>33 N. Dearborn, Suite 300
>Chicago, Illinois 60602
>(312) 924-7508
>skolodziej@fordbritton.com