Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1304 | **DATE** | 9/26/2012 |
| **CASE TITLE** | Shawn Gowder vs. City Of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 09/26/12, Plaintiff's motion for attorney's fees [72] is granted, without objection, in the total amount of $125,000.00. Noticed motion date of 09/27/12 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|