# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAWN GOWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 11 C 1304 |
| | ) |
| CITY OF CHICAGO, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

SAMUEL DER-YEGHIAYAN, District Judge

On June 19, 2012, this court found that portions of Chicago's Gun Ordinance were unconstitutional. On September 21, 2012, Plaintiff filed a motion for attorneys fees of $125,000.00. The City of Chicago has not opposed this motion. Plaintiff brought the instant action, in part, pursuant to 42 U.S.C. § 1983, challenging the constitutionality of Chicago's Gun Ordinance, and therefore the court has the discretion to award attorney's fees to the prevailing party. This court finds that the Plaintiff, as the prevailing party and as a matter of the court's discretion, should be awarded attorney's fees. Plaintiff's request for attorney's fees of $125,000.00 in litigating this matter is recoverable and reasonable. Therefore, the court grants Plaintiff's motion for attorney's fees in the amount of $125,000.00.

Samuel Der-Yeghiayan
United States District Court Judge

Dated: September 26, 2012